IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BIZARI MASOUD
A 249-119-975                                                              PETITIONER

VERSUS                                    CIVIL ACTION NO. 5:26-cv-177-DCB-BWR

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT              RESPONDENT

ORDER

This matter is before the Court on pro se Petitioner Bizari Masound's

Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.  He is an immigration

detainee currently housed at the Adams County Detention Facility in Natchez,

Mississippi.  Petitioner names as the Respondent U.S. Immigration and Customs

Enforcement.

The proper respondent is the "person having custody over the person detained."

28 U.S.C. § 2243.  "Whenever a § 2241 habeas petitioner seeks to challenge his

present physical custody within the United States, he should name his warden as

respondent and file the petition in the district of confinement." *Rumsfeld v. Padilla*,

542 U.S. 426, 428 (2004); *see Trump v. J.G.G.,* 604 U.S. 670, 672 (2025) (applying the

district-of-confinement rule in an immigration detention habeas matter).  "[T]he

proper respondent is the warden of the facility where the prisoner is being held, not

the Attorney General or some other remote supervisory official."  *Id.* at 435.

Petitioner therefore is directed to name his current custodian—the Warden of the

facility where he is detained—as the proper respondent.  Accordingly, it is,

1

ORDERED AND ADJUDGED that Petitioner is directed to file a written and signed response **on or before April 13, 2026**, and state the name of his custodian—the Warden of the facility where he is detained—as the proper respondent.

IT IS FURTHER ORDERED that Petitioner shall file his written response with the Clerk, U.S. District Court, 501 E. Court Street, Suite 2.500, Jackson, MS 39201.

Petitioner is warned that his failure to fully comply with this order in a timely manner or failure to keep this Court informed of his current address as required by the notice of assignment [1-2] may result in the dismissal of this cause.

SO ORDERED, this 13th day of March, 2026.

s/ *Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE